## SWINDALL v. STATE ELECTION BOARD et al.

No. 14230—Opinion Filed Sept. 25, 1923.

Rehearing Denied Nov. 6, 1923.
(Syllabus.)

**Appeal and Error—Dismissal —Moot Questions.**

When an injunction suit is filed in the district court and judgment rendered against plaintiff, and pending appeal in this court, the action sought to be enjoined has been performed and no particular relief can be afforded plaintiff in action, the issues in this court are abstract and hypothetical and the case becomes moot, and, under such circumstances, the appeal will be dismissed.

Error from District Court, Woodward County.

Action by Charles Swindall against the State Election Board and M. C. Garber. Judgment for defendants, and plaintiff brings error. Dismissed.

Swindall & Wybrant, C. B. Leedy, Perry Morris, H. L. Adkins, and John A. Barry, for plaintiff in error.

Simons, McKnight & Simons and W. H. Mills, for defendants in error.

COCHRAN, J. This is an action to enjoin the State Election Board from placing the name of the defendant in error, Garber, on the official ballot as a candidate for Congress in the general election held in November, 1922.

A demurrer was sustained to the petition in the court below, and the plaintiff in error elected to stand on his petition, whereupon the case was dismissed and plaintiff in error has appealed. After the dismissal of the action in the court below, no action was taken to restrain the election board or to prevent it from placing the name of the defendant in error on the official ballot as a candidate for Congress to be voted for or against in the general election held in November, 1922, and the name of the defendant in error was by said election board placed on the official ballot and he was duly elected and is now the duly elected and qualified Representative

in the Congress of the United States of the Eighth Congressional District of Oklahoma.

The action which the injunction proceeding sought to prevent has been performed and the question is now moot, and for that reason the appeal should be dismissed, and it is so ordered.

All the Justices concur.